HALL-BROOKE HOSPITAL *v.* COMMISSION ON HOSPITALS
AND HEALTH CARE

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Bridgeport is denied by the court.

*Paul E. Knag,* in support of the petition.

*Richard J. Lynch,* assistant attorney general, in opposition.

Submitted June 1—decided June 20, 1979

FLORENCE CARNS ET AL. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF BERLIN

The named plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Vincent F. Sabatini,* in support of the petition.

Submitted June 1—decided June 20, 1979

UNITED SERVICES AUTOMOBILE ASSOCIATION *v.*
ERIK BIEDER ET AL.

The defendants' petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Beverly J. Hodgson,* in support of the petition.

*Peter D. Clark,* in opposition.